# Third District Court of Appeal

## State of Florida

Opinion filed September 11, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1226
Lower Tribunal No. F09-19670
_____

**Dexter Davis,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Dexter Davis, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before LOBREE, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Shaw v. State</u>, 780 So. 2d 188, 190 (Fla. 2d DCA 2001) (affirming the denial of a rule 3.800 motion which, if treated properly as a rule 3.850 motion, would be untimely).